UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JAMES BLACK ) | |
| ) | |
| v. ) | NO. 2:06-CV-84 |
| ) | |
| ROOKIE INMAN and MEDICAL STAFF ) | |
| at the Hamblen County Jail ) | |

## **MEMORANDUM**

This is a *pro se* civil rights action brought by a prisoner in the Hamblen County Jail pursuant to 42 U.S.C. § 1983. The form complaint signed by the plaintiff contains the following notice:

> YOU ARE RESPONSIBLE FOR KEEPING THE COURT INFORMED IMMEDIATELY OF ANY ADDRESS CHANGES. FAILURE TO PROVIDE YOUR CORRECT ADDRESS TO THIS COURT WITHIN TEN (10) DAYS FOLLOWING ANY CHANGE OF ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION.

Despite the warning, a copy of an order entered in this case was mailed to the plaintiff at the address he listed as his current address in his complaint but the letter was returned to the Court by the postal authorities more than ten days ago, with the face of the envelope marked, "RTS (Return To Sender)."

Obviously, without the plaintiff's correct address, the Court cannot communicate with him regarding his case. Accordingly, this action will be **DISMISSED** with prejudice for want of prosecution. Rule 41(b), Federal Rules of Civil Procedure.

A separate order will enter.

ENTER:

s/ Leon Jordan
United States District Judge