UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JAMES BLACK | ) | |
| | ) | |
| v. | ) | NO. 2:06-CV-84 |
| | ) | |
| ROOKIE INMAN, *et al.* | ) | |

**JUDGMENT ORDER**

For the reasons stated in the accompanying Memorandum, this *pro se* prisoner's civil rights action filed under 42 U.S.C. § 1983 is **DISMISSED with prejudice** for failure to prosecute. Fed. R. Civ. P. 41(b). The Court also **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ *Patricia L. McNutt*
CLERK OF COURT